# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CARL L. BARRETT,**

        **Petitioner,**

        v.                             **Case No. 22-CV-172**

**LARRY FUCHS,**

        **Respondent.**

## RECOMMENDATION AND ORDER

On February 10, 2022, Carl L. Barrett filed a petition for a writ of habeas corpus. (ECF No. 1.) He failed to either pay the required $5.00 filing fee or to seek permission to proceed without prepaying the filing fee. On February 11, 2022, the court's Clerk sent a letter to Barrett instructing him that within the next 21 days he must either pay the filing fee or seek leave to proceed without prepaying the filing fee. (ECF No. 3.) The Clerk further advised Barrett that any request to proceed without prepaying the filing fee must be accompanied by a certified copy of his institutional trust account statement. (ECF No. 3.) And, finally, the Clerk instructed Barrett to return the form indicating whether he consented to proceed before this court. (ECF No. 3.)

The court has heard nothing from Barrett. Accordingly, on March 14, 2022, the court ordered Barrett to do the following not later than **April 4, 2022**:

- Complete and return the "Consent/Refusal to Proceed Before a Magistrate Judge" form; and

- Pay the $5.00 filing fee; or

- Complete and return the "Prison Request to Proceed in District Court without Prepaying the Full Filing Fee" form and provide a certified copy of institutional trust account statement for the preceding six months.

The court warned Barrett: "**<u>If Barrett fails to fully comply with this order by April 4, 2022, the court will be required to recommend that his petition and this action be dismissed without prejudice.</u>**" (ECF No. 4 at 2.)

Barrett has not complied with the court's order, and the court has heard nothing from him.

**IT IS THEREFORE RECOMMENDED** that Barrett's petition and this action be dismissed without prejudice pursuant to Civil Local Rule 41(c) (E.D. Wis.).

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), any written objections to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 25th day of April, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge