# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CARL L. BARRETT,**
       **Petitioner,**

v.                                    Case No. 22-C-172

**LARRY FUCHS,**
       **Respondent.**

## ORDER

On April 25, 2022, Magistrate Judge William E. Duffin issued a decision recommending that this action be dismissed for lack of diligence. The decision was mailed to the petitioner, who is proceeding pro se. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the petitioner had 14 days to file written objections to the order. Thirty days have since passed, and the petitioner has not filed any written objections. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**IT IS THEREFORE ORDERED** that Magistrate Judge Duffin's Report & Recommendation (ECF No. 5) is **ADOPTED** in its entirety and that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, on this 25th day of May, 2022.

                                            /s/Lynn Adelman
                                            LYNN ADELMAN
                                            United States District Judge